

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-18-00635-CV

**IN RE E.F., J.P.V., V.J.V., AND R.J.V., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01049
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

A supplemental clerk's record has been filed, and it shows the trial court has entered a final order in this case. We therefore order appellant's counsel, Manuel C. Rodriguez, Jr., to file the appellant's brief by February 5, 2019.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court